AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**MATTHEW HURLBURT**<br>*Defendant* | Case No. 25-MJ- 199<br>(Filed Under Seal) |

## CRIMINAL COMPLAINT

I, BRENDAN M. BOONE, Special Agent with the United States Postal Service Office of Inspector General, the complainant in this case, state that the following is true to the best of my knowledge and belief:

From on or about July 2025, the exact dates being unknown, to August 18, 2025, in the Western District of New York, the defendant, **MATTHEW HURLBURT**, a United States Postal Service employee, did knowingly embezzle, steal, abstract and remove any letter, postal card, package, bag, and mail, and any article and thing contained therein, which had been entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the U.S. Postal Service, and forwarded through and delivered from any post office or station therefore established by authority of the Postmaster General or of the Postal Service, in violation of Title 18, United States Code, Section 1709 **(Theft of mail matter by officer or employee).**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

BRENDAN M. BOONE
SPECIAL AGENT
UNITED STATES POSTAL SERVICE OIG
*Printed name and title*

Sworn to before me and signed telephonically.

Date: October 20, 2025

*Judge's signature*

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF ERIE      )   SS:
CITY OF BUFFALO     )

I, Brendan M. Boone, being duly sworn, state as follows:

1.  I am a Special Agent with the United States Postal Service (USPS), Office of Inspector General (OIG), in Buffalo, New York, and have been so employed since April 2020. Before my hiring with the USPS OIG, I was employed as a Special Agent with the United States Secret Service assigned to the Washington, D.C. Field Office for over three years. My current duties include investigating allegations of fraud, waste, and abuse in matters involving the USPS. I am currently assigned to investigate allegations of mail theft committed by USPS employees or contractors. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Brunswick, Georgia. I have also received additional training covering various topics, including interviewing, legal issues, search warrants, investigative techniques, and fraud investigations. I have received specialized training regarding internal mail theft, mail processing, and schemes and techniques employed by internal mail thieves. In the course of my law enforcement career, I have conducted or participated in numerous types of investigations, including counterfeit United States currency, financial crimes, embezzlement, identity theft, fraud, narcotics, delay and destruction of mail, and mail theft.

2.  This affidavit is made in support of a Criminal Complaint charging

MATTHEW HURLBURT with violating 18 U.S.C. § 1709 (Theft of Mail Matter by Officer or Employee).

3. The facts set forth in this affidavit are known to me as a result of my participation in this investigation, my review of documents obtained from law enforcement, my review of documents and surveillance video footage from businesses, my interactions with vendors and USPS customers, and from my training and experience. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me relating to this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause to believe HURLBURT violated 18 U.S.C. § 1709.

## PROBABLE CAUSE

4. USPS records establish HURLBURT has been employed by the USPS in some capacity since 2022 and currently works as a city carrier assigned to the Perry Post Office, 24 Main Street N, Perry, New York 14530 (Perry). Perry is responsible for mail deliveries throughout zip code 14530 in Wyoming County, New York. HURLBURT is not assigned to a permanent route at Perry, rather working in a "flex" position and covering various Perry delivery routes. HURLBURT resides in Pavilion, New York 14525.

5. It is the goal of the USPS to deliver the mail in a timely and efficient manner. To this end, the USPS hires individuals to serve as city and rural carriers, commonly known as letter carriers. These employees are responsible for taking the mail to locations for delivery.

Among the duties assigned to a letter carrier is to deliver all mail and parcels that are destined to an assigned mail route, and to collect outgoing mail that USPS customers place in residential mailboxes or in public blue drop boxes. Once a letter or package has been accepted for delivery through any mailbox, drop box, or during an over-the-counter transaction, that item is within the care, custody, and control of the USPS until it is delivered to its intended destination. It is the duty of every USPS employee to protect and ensure the safe delivery of each mail item.

6. On August 12, 2025, the USPS OIG interviewed USPS customer "A.B.", of Waddington, New York 13694. On July 26, 2025, A.B. mailed a birthday card containing a $100.00 Visa Vanilla gift card, later revealed to end in "9061" (Gift Card 1) from the Waddington Post Office. The mail piece enclosing Gift Card 1, intended for A.B.'s daughter, "C.D." at an apartment in Perry, New York 14530, was not received. Further research revealed C.D.'s address is assigned to Perry city route three (C003). In addition to Gift Card 1, A.B. also mailed a $100.00 Visa gift card to Rochester, New York, which was received by the intended recipient.

7. Continuing on August 12, 2025, the USPS OIG received transactional documentation from InComm Payments [1] regarding Gift Card 1. A review of the information revealed Gift Card 1 was utilized in transactions at "Crosby's Perry" in July and August 2025 and "BW's Restaurant" on August 3, 2025.

---

[1] InComm Payments is a global payments technology company that acts as a conduit between consumer and vendor.

3

### InComm Payments Gift Card 1 Use Document

| System Date | Settled Date | VAN | Number | Card Number | e | Transaction Type | Merchant | | Amount | | Amount | | Surcharge | | Balance | | Holds | | Available | Details |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2025 13:40:56 | 08/05/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH COMPLETION | BWS RESTAURANT/04053625 | $ | 18.01 | $ | 0.00 | $ | 0.00 | $ | -1.80 | $ | 0.00 | $ | -1.80 | APPROVED |
| 08/04/2025 03:37:02 | 08/04/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH COMPLETION | CROSBY'S PERRY/00000001 | /$ | 7.12 | $ | 0.00 | $ | 0.00 | $ | 16.21 | $ | 16.21 | $ | 0.00 | APPROVED |
| 08/03/2025 20:42:43 | 08/04/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH TRANSACTION | CROSBY'S PERRY/99999999 | /$ | 7.12 | $ | 0.00 | $ | 0.00 | $ | 23.33 | $ | 23.33 | $ | 0.00 | APPROVED |
| 08/03/2025 13:45:24 | 08/04/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH TRANSACTION | BWS RESTAURANT/97234135 | $ | 16.21 | $ | 0.00 | $ | 0.00 | $ | 23.33 | $ | 16.21 | $ | 7.12 | APPROVED |
| 08/03/2025 03:20:54 | 08/03/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH COMPLETION | CROSBY'S PERRY/00000001 | /$ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 41.90 | $ | 18.57 | $ | 23.33 | APPROVED |
| 08/03/2025 03:20:54 | 08/03/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH COMPLETION | CROSBY'S PERRY/00000001 | /$ | 10.50 | $ | 0.00 | $ | 0.00 | $ | 23.33 | $ | 0.00 | $ | 23.33 | APPROVED |
| 08/03/2025 03:20:54 | 08/03/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH COMPLETION | CROSBY'S PERRY/00000001 | /$ | 8.07 | $ | 0.00 | $ | 0.00 | $ | 33.83 | $ | 10.50 | $ | 23.33 | APPROVED |
| 08/02/2025 22:25:43 | 08/03/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH TRANSACTION | CROSBY'S PERRY/99999999 | /$ | 8.07 | $ | 0.00 | $ | 0.00 | $ | 46.90 | $ | 23.57 | $ | 23.33 | APPROVED |
| 08/02/2025 16:13:41 | 08/03/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH TRANSACTION | CROSBY'S PERRY/99999999 | /$ | 10.50 | $ | 0.00 | $ | 0.00 | $ | 46.90 | $ | 15.50 | $ | 31.40 | APPROVED |
| 08/02/2025 09:52:47 | 08/03/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH TRANSACTION | CROSBY'S PERRY/99999999 | /$ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 46.90 | $ | 5.00 | $ | 41.90 | APPROVED |
| 08/02/2025 03:33:18 | 08/02/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH COMPLETION | CROSBY'S PERRY/00000001 | /$ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 46.90 | $ | 0.00 | $ | 46.90 | APPROVED |
| 08/01/2025 16:51:13 | 08/02/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH TRANSACTION | CROSBY'S PERRY/99999999 | /$ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 51.90 | $ | 5.00 | $ | 46.90 | APPROVED |
| 08/01/2025 03:56:57 | 08/01/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH COMPLETION | CROSBY'S PERRY/00000001 | /$ | 10.03 | $ | 0.00 | $ | 0.00 | $ | 89.97 | $ | 38.07 | $ | 51.90 | APPROVED |
| 08/01/2025 03:56:57 | 08/01/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH COMPLETION | CROSBY'S PERRY/00000001 | /$ | 38.07 | $ | 0.00 | $ | 0.00 | $ | 51.90 | $ | 0.00 | $ | 51.90 | APPROVED |
| 07/31/2025 16:03:27 | 08/01/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH TRANSACTION | CROSBY'S PERRY/99999999 | /$ | 38.07 | $ | 0.00 | $ | 0.00 | $ | 100.00 | $ | 48.10 | $ | 51.90 | APPROVED |
| 07/31/2025 07:51:38 | 08/01/2025 | 6058120076497823556 | 18060978901 | 4097583138869061 | POS | PREAUTH TRANSACTION | CROSBY'S PERRY/99999999 | /$ | 10.03 | $ | 0.00 | $ | 0.00 | $ | 100.00 | $ | 10.03 | $ | 89.97 | APPROVED |
| 07/26/2025 10:16:08 | - | 6058120076497823556 | 18060978901 | 4097583138869061 | SPIL | ACTIVATION AND LOAD | Dollar General | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 100.00 | $ | 0.00 | $ | 100.00 | APPROVED |

```
Terminal Id         : 15824001
Location Id         :
Store Id            : 15824Dollar Gen
Merchant Id         : 6737
Merchant Name       : Dollar General
Merchant Address1   : 11997 New York 37
Merchant Address2   : -
Merchant City       : Waddington
Merchant State      : NY
Merchant ZIP        : 13694
```

8. On August 14, 2025, I traveled to Crosby's Convenience Store & Gas Station ("Crosby's"), 2 South Center Street, Perry, New York 14530 and requested surveillance video and receipt documentation pertaining to the following Gift Card 1 transactions:

- July 31, 2025 @ 7:51 AM in the amount of $10.03

- July 31, 2025 @ 4:03 PM in the amount of $38.07

- August 1, 2025 @ 4:51 PM in the amount of $5.00

- August 2, 2025 @ 9:52 AM in the amount of $5.00

- August 2, 2025 @ 4:13 PM in the amount of $10.50

- August 2, 2025 @10:25 PM in the amount of $8.07

- August 3, 2025 @ 8:42 PM in the amount of $7.12

Shortly after departing Crosby's, I received a phone call from Crosby's manager "R.F." After observing surveillance footage, R.F. recognized the person responsible for the use of Gift Card

4

1 as HURLBURT, and advised HURLBURT was wearing a USPS uniform in the video [2].
R.F. advised her boyfriend knows HURLBURT.

    9.    A search of USPS records revealed HURLBURT was employed by the USPS as a city carrier assigned to Perry. A review of HURLBURT's USPS time and attendance documents and other records show HURLBURT worked C003 on the following dates:

- July 28, 2025 - Hurlburt worked a partial C003 route in conjunction with city route 1.
- July 30, 2025 - USPS records showed a handheld GPS scanner assigned to HURLBURT pinged in C.D.'s apartment complex.
- July 31, 2025 - USPS records showed a handheld GPS scanner assigned to HURLBURT pinged in C.D.'s apartment complex.

Of note, USPS records showed HURLBURT was assigned to city route two on August 2, 2025. InComm Payments documentation shows Gift Card 1 was utilized on August 2 at 9:52 AM in a $5.00 transaction at Crosby's. A handheld GPS scanner assigned to HURLBURT pinged at the Crosby's between approximately 9:47 AM – 9:58 AM.

---

[2] The date or dates of the surveillance video observed by R.F. on August 14, 2025, is unknown.

5

**USPS Delivery Management GPS Location Ping August 2, 2025**



10. On August 14, 2025, I traveled to BW's Restaurant and Banquet Facility ("BW's"), 11070 Perry Road, Pavilion, New York 14525 and requested surveillance video and receipt documentation pertaining to the following transaction:

- August 3, 2025 @ 1:45 PM in the amount of $16.21 [3]

I was provided with two receipt copies from the August 3, 2025, transaction. The original receipt showed Gift Card 1 was charged $13.51 with added gratuity of $4.50. The user of Gift Card 1 incorrectly wrote a final total of "19.01". The document listed an "item count" of three and the table as 38, later to be revealed as a stool at the restaurant's bar. A signature is also present on the receipt, which appeared to partially read "Matt". The second receipt, listed as

---

[3] InComm documents show a "Preauth Transaction" of $16.21, and a "Preauth Completion", on August 4, 2025, of $18.01. Preauth Transaction denotes the actual point of sale, while Preauth Completion notates when the vendor receives the funds from the financial instrument.

6

"Duplicate Copy", showed two Miller Lights and one Jack Fire were purchased. This receipt listed the subtotal as $18.01. A review of BW's surveillance video revealed a white male, who I recognize as HURLBURT, to be responsible for the use of Gift Card 1.

**BW's Surveillance Footage Photograph**



11.     On August 18, 2025, I provided Perry Postmaster "N.D." with an OIG integrity test mail piece. The test consisted of one first class envelope, one greeting card, and one $25.00 Visa Vanilla gift card ending in "6172" (Gift Card 2). N.D. was instructed to place the envelope into HURLBURT's mail delivery tray. Continuing on August 18, N.D. telephonically confirmed the placement of the integrity test envelope into HURLBURT's mail tray. The integrity test was labeled with an insufficient/no such number destinating address ("NSN") so that HURLBURT would be required to return the mailing to Perry at the end of his shift. The mail piece would then enter the U.S. mail stream in Western New York and eventually be delivered to the listed return address, a location controlled by the OIG.

7

12. On August 18, 2025, I contacted the Visa Vanilla customer care automated hotline pertaining to Gift Card 2. During the call, I discovered Gift Card 2's balance was at $14.00. InComm Payments provided documentation showing Gift Card 2 was used on August 18, 2025, at 12:52 PM in an $11.00 transaction at "Crosby's Perry". A search of USPS records showed a handheld GPS scanner assigned to HURLBURT on August 18, 2025, pinged at the Crosby's between approximately 12:47 PM – 12:54 PM.



USPS Delivery Management GPS Location Ping August 18, 2025

13. On August 19, 2025, I again contacted the Visa Vanilla customer care automated hotline pertaining to Gift Card 2. During the call, I discovered Gift Card 2's balance was at $0.00. InComm Payments provided documentation showing Gift Card 2 was used a second time on August 18, 2025, at 6:36 PM in an $8.00 transaction at "Crosby's

8

Perry" and at approximately 9:18 PM or 9:19 PM in a $6.00 transaction at "Exxon Pavilion Mart".

### InComm Payments Gift Card 2 Use Document

| System Date | Settled Date | VAN | Serial Number | Card Number | e | Transaction Type | Merchant | | Amount | Amount | Surcharge | Balance | Holds | Available | Details |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/19/2025 03:46:49 | 08/19/2025 | 605812006764087093 | 17377553825 | 4097582763586172 | POS | PREAUTH COMPLETION | CROSBYS PERRY/00000001 | //PERRY/NY/USA | $ 8.00 | $ 0.00 | $ 0.00 | $ 11.00 | $ 11.00 | $ 0.00 | APPROVED |
| 08/19/2025 03:46:49 | 08/19/2025 | 605812006764087093 | 17377553825 | 4097582763586172 | POS | PREAUTH COMPLETION | CROSBYS PERRY/00000001 | //PERRY/NY/USA | $ 11.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | APPROVED |
| 08/18/2025 21:20:23 | 08/18/2025 | 605812006764087093 | 17377553825 | 4097582763586172 | POS | PREAUTH COMPLETION | PAVILLION MART/04345201 | /11091 LAKE STREET/PAVILI | $ 6.00 | $ 0.00 | $ 0.00 | $ 19.00 | $ 19.00 | $ 0.00 | APPROVED |
| 08/18/2025 21:19:24 | 08/18/2025 | 605812006764087093 | 17377553825 | 4097582763586172 | POS | PREAUTH TRANSACTION Reversal | Exxon PAVILLION MART/00000001 | //PAVILION/NY/USA | $ 6.00 | $ 0.00 | $ 0.00 | $ 25.00 | $ 19.00 | $ 6.00 | APPROVED |
| 08/18/2025 21:19:24 | 08/18/2025 | 605812006764087093 | 17377553825 | 4097582763586172 | POS | PREAUTH TRANSACTION | PAVILLION MART/04345201 | /11091 LAKE STREET/PAVILI | $ 6.00 | $ 0.00 | $ 0.00 | $ 25.00 | $ 25.00 | $ 0.00 | APPROVED |
| 08/18/2025 21:18:57 | 08/18/2025 | 605812006764087093 | 17377553825 | 4097582763586172 | POS | PREAUTH TRANSACTION | Exxon PAVILLION MART/00000001 | //PAVILION/NY/USA | $ 6.00 | $ 0.00 | $ 0.00 | $ 25.00 | $ 25.00 | $ 0.00 | APPROVED |
| 08/18/2025 18:36:33 | 08/19/2025 | 605812006764087093 | 17377553825 | 4097582763586172 | POS | PREAUTH TRANSACTION | CROSBYS PERRY/99999999 | //PERRY/NY/USA | $ 8.00 | $ 0.00 | $ 0.00 | $ 25.00 | $ 19.00 | $ 6.00 | APPROVED |
| 08/18/2025 12:52:24 | 08/19/2025 | 605812006764087093 | 17377553825 | 4097582763586172 | POS | PREAUTH TRANSACTION | CROSBYS PERRY/99999999 | //PERRY/NY/USA | $ 11.00 | $ 0.00 | $ 0.00 | $ 25.00 | $ 11.00 | $ 14.00 | APPROVED |
| 08/15/2025 13:06:16 | - | 605812006764087093 | 17377553825 | 4097582763586172 | SPIL | ACTIVATION AND LOAD | Dollar General | | $ 25.00 | $ 0.00 | $ 0.00 | $ 25.00 | $ 0.00 | $ 25.00 | APPROVED |

Terminal Id       : 18900001
Location Id       :
Store Id          : 18900Dollar Gen
Merchant Id       : 6737
Merchant Name     : Dollar General
Merchant Address1 : 2480 U.S. 20A
Merchant Address2 : -
Merchant City     : Varysburg
Merchant State    : NY
Merchant ZIP      : 14167

14. In August 2025, I received receipt and surveillance video documentation from Crosby's pertaining to the use of Gift Card 1 and Gift Card 2 [4]. Of note, multiple purchases appear to be for alcohol. On July 31, August 1, August 2, and August 3, 2025, receipt documents list "21 ID Check" and "DOB Verification", with each showing "11/11/00" as a date of birth. This date matched HURLBURT's birthday as listed in his USPS employee profile. My review of Crosby's surveillance video revealed a white male, who I recognize as HURLBURT, to be responsible for the use of Gift Card 1 & Gift Card 2 at the location. On multiple instances, HURLBURT is wearing what appeared to be a USPS uniform.

---

[4] Crosby's did not send receipt documentation for the August 18, 2025 (6:36 PM) transaction in the amount of $8.00. Times from the surveillance footage, Crosby's receipt documents, and InComm Payments documents vary slightly.

9

## Crosby's Surveillance Footage Photographs





15.     On August 25, 2025, I traveled to Exxon Pavillion Mart, 11091 Lake Street, Pavilion, New York 14525 (Pavillion Mart), and met with owner "R.P." During the meeting R.P. was provided with the date, time, and last four numbers of Gift Card 2, as I requested a transaction receipt and surveillance footage of Gift Card 2's use. While watching surveillance footage, R.P. inquired about the male subject (HURLBURT) along with his name, before stating, "*Matt*?". After I confirmed the name to be correct, R.P. advised HURLBURT was his

11

employee at the Pavilion Mart [5]. Interior surveillance video showed HURLBURT purchase what R.P. described as a case of water and Fireball liquor, although Gift Card 2 was not used in this transaction. Exterior surveillance footage showed a blue Kia parked at a gas pump outside of the store, which R.P. identified as HURLBURT's vehicle. R.P. later provided a receipt of purchase for gas pump #5 involving Gift Card 2, time stamped 9:20 PM and involving 1.818 gallons in the amount of $6.00. My review of Pavillion Mart surveillance footage showed a white male, observed both inside and outside of the store and who I recognize as HURLBURT, to be responsible for use of Gift Card 2 in the aforementioned gas pump transaction. HURLBURT appeared to be wearing the same clothes as observed on Crosby's surveillance video earlier on August 18, 2025.



**Pavillion Mart Surveillance Photographs August 18, 2025**



---

[5] R.P. advised Hurlburt works Tuesday and Wednesday evenings at the Pavillion Mart.

16. On August 28, 2025, I observed a blue Kia Soul bearing New York license plate LCM6874 parked at 7273 Morrow Road, Lot 43, Pavilion, New York 14525, HURLBURT's address of record with the USPS. A law enforcement records query on the vehicle returned to a 2020 blue Kia "Sol", registered to HURLBURT at the Morrow Road address. The blue Kia observed on HURLBURT's property appeared to have the same stickers on the back window as the blue Kia observed on the August 18, 2025, Pavilion Farms surveillance video.

**Blue Kia Photographs**




17. On September 5, 2025, USPS OIG Special Agents conducted a voluntary, non-custodial interview with HURLBURT at Perry. HURLBURT provided his date of birth as November 11, 2000, and identified his residence as 7273 Morrow Road, Lot 43, Pavilion, New York 14525. HURLBURT advised agents he worked a part time job as a cashier at a gas station in Pavilion. HURLBURT was given a summary of the circumstances pertaining to Gift Card 1, to include dates and locations of use. HURLBURT was provided with

documents containing all usage of the gift card, receipts of use, and surveillance photographs. Asked if he recognized the person in the photographs, HURLBURT affirmed he did. Asked who the person in the photograph was, HURLBURT replied, *"me"*. HURLBURT advised he was given a Visa gift card from a customer and clarified the gift card was in the amount of $100.00. Asked who gave him the gift card, HURLBURT initially couldn't remember. HURLBURT stated he had never taken a Visa card out of anything. HURLBURT stated he had a Vanilla gift card given to him, *"and those dates, I'm not saying they like are right on, but they are similar to what I've, to when I got it I'm almost positive"*. Asked why a customer would give him a gift card, HURLBURT identified the customer as one of his good friends, "C.B." HURLBURT recalled receiving the gift card after providing C.B. with assistance. HURLBURT stated he and others receive gift cards, *"more frequently than anyone would expect"*.

18.     HURLBURT was given a summary of the circumstances pertaining to Gift Card 2, to include the date and locations of use. HURLBURT was provided with a packet of photographs depicting the mail piece. Upon review of the photograph of the envelope, HURLBURT recognized the intended address as a "no such number" ("NSN"), although could not initially recall seeing the envelope. HURLBURT was provided with surveillance photographs of Gift Card 2's use. Asked who was in the pictures, HURLBURT responded, *"me"*. HURLBURT adamantly recalled putting "NSN" on the envelope and placing it into the "hot case" [6]. It was explained Gift Card 2 was OIG property and was inserted into his DPS (mail tray) on August 18. HURLBURT reiterated multiple times he put it as "NSN".

---

[6] Post offices typically employ "return to sender" or "hot" cases for mailings pre-determined to have deficiencies, i.e. those with insufficient postage and/or envelopes bearing incorrect or NSN destinating addresses. In this instance, the envelope enclosing Gift Card 2 should have been placed into a return to sender / hot case and sent back to the return address. To date, the envelope has not been received by the OIG at the return address.

Hurlburt explained if he receives an NSN piece, he places it in the "NSN hot case" and the clerks handle it. HURBURT advised he used his debit card at Pavilion Farms. It was explained while HURLBURT used a debit or other card to purchase drinks at Pavilion Mart that evening, Gift Card 2 was used in an approximate $6.00 gas transaction. HURLBURT reiterated he never took a gift card out of any piece of mail, although was unable to specify how Gift Card 2 came into his possession.

19. On September 10, 2025, I interviewed USPS customer C.D., previously identified as the intended recipient of Gift Card 1, outside her Perry, New York apartment complex. C.D. confirmed a $100.00 Visa Vanilla gift card sent by her mother, A.B. of Waddington, New York, never arrived at her residence. C.D. denied knowing anyone named "Matthew Hurlburt".

20. On September 10, 2025, I interviewed C.B. outside his Perry, New York apartment. C.B. lives in the same complex as C.D. C.B. confirmed he knew HURLBURT, stating they were friends. HURLBURT helped C.B. move into his apartment on an unknown date. C.B. did not pay HURLBURT for assisting him and denied giving HURLBURT a gift card at any time.

## CONCLUSION

21. Based on the foregoing, I submit there is probable cause to believe that in late July 2025, the exact date being unknown, and on August 18, 2025, the defendant,

MATTHEW HURLBURT, did violate 18 U.S.C. § 1709, in that he, being an employee of the USPS, did wrongfully open U.S. mail and steal gift cards from the U.S. mail.

_____
BRENDAN M. BOONE
Special Agent
United States Postal Service
Office of Inspector General

Sworn and subscribed to before me telephonically
On this 20th day of October 2025.

_H. Kenneth Schroeder, Jr.___
HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

**NOTHING FURTHER AFTER THIS LINE**